USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMNI BRIDGEWAY LIMITED,

Petitioner,

-against-

MINISTRY OF INFRASTRUCTURE AND ENERGY OF THE REPUBLIC OF ALBANIA, *et al.*,

Respondents.

26 Misc. 2412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Respondents' pre-motion letter seeking leave to file a motion to stay this action, as well as Petitioner's response. *See* ECF Nos. 7–8. Leave to file a motion to stay is GRANTED. Accordingly:

1. By **December 2, 2026,** Respondents shall file their motion to stay;
2. By **December 30, 2026**, Petitioner shall respond;
3. By **January 13, 2027**, Respondents shall file their reply, if any.

If, at any point, the parties would like to request a settlement conference before a magistrate judge or a referral to the Southern District's mediation program, they shall inform the Court.

SO ORDERED.

Dated: November 4, 2026
New York, New York

ANALISA TORRES
United States District Judge