USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2026

ML MoloLamken

Robert K. Kry
MoloLamken LLP
600 New Hampshire Ave., N.W.
Suite 500
Washington, D.C. 20037
T: 202.556.2011
F: 202.556.2001
rkry@mololamken.com
www.mololamken.com

November 10, 2026

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

**APPLICATION GRANTED: The telephonic Case Management Conference scheduled for Tuesday, November 24, 2026, at 10:00 a.m. is hereby rescheduled to Tuesday, December 1, 2026, at 2:00 p.m. Please dial (646) 453-4442; ID: 659 019 19#.**

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.

**11/12/2026**

**Re:** ***Omni Bridgeway Ltd. v. Ministry of Infrastructure and Energy of the Republic of Albania et al.*, No. 1:26-mc-00241-AT-KHP**

Dear Judge Parker:

We represent Petitioner Omni Bridgeway Limited in this matter and write pursuant to paragraph I(c) of Your Honor's Individual Practices in Civil Cases to request a brief adjournment of the telephone conference currently set for 10 a.m. on Tuesday, November 24, 2026. Dkt. 19. This is the first request for an adjournment of that conference. Opposing counsel consents to this request.

Undersigned counsel unfortunately has a conflicting commitment from 10 a.m. to 1 p.m. on the date set for the conference. We have conferred with opposing counsel, and all counsel could be available before 10 a.m. or after 1 p.m. on Tuesday, November 24, or at any time on Wednesday, November 25. If convenient for the Court, we would be grateful if the Court would consider rescheduling the telephone conference for a time within those periods.

We appreciate the Court's time and attention to this matter and are grateful for any accommodation the Court is willing to provide.

Respectfully submitted,

Robert Kry

cc: all counsel by ECF